DISCIPLINARY COUNSEL *v.* FALCONER.

[Cite as *Disciplinary Counsel v. Falconer*, ___ Ohio St.3d ___, 2020-Ohio-1194.]

(No. 2020-0227—Submitted February 14, 2020—Decided March 31, 2020.)

ON CERTIFIED REPORT BY THE BOARD OF PROFESSIONAL CONDUCT.

————————————

{¶ 1} The Board of Professional Conduct filed a final report in the office of the clerk of this court pursuant to Gov.Bar R. V(16), in which it accepted the agreement entered into by relator, disciplinary counsel, and respondent, Christine Lynn Falconer. The agreement set forth the misconduct and the agreed, recommended sanction of a six-month suspension from the practice of law, with the entire suspension stayed on conditions. The board recommended that the agreement be accepted. The court issued an order waiving the issuance of a show cause order and this matter was submitted to the court on the report and record filed by the board.

{¶ 2} On consideration thereof, it is ordered and adjudged by this court that pursuant to Gov.Bar R. V(12)(A)(3), respondent, Christine Lynn Falconer, Attorney Registration No. 0069256, last known business address in Carrollton, Ohio, is suspended from the practice of law for a period of six months, with the entire suspension stayed on the conditions that respondent (1) undergo an evaluation by the Ohio Lawyers Assistance Program ("OLAP") within 60 days of this order; (2) comply with any recommendations resulting from the OLAP evaluation; and (3) refrain from further misconduct.

{¶ 3} It is further ordered that the Office of Attorney Services shall not issue a certificate of good standing to respondent during any period of suspension, including any stayed period of suspension.

**{¶ 4}** It is further ordered that respondent be taxed the costs of these proceedings in the amount of $1.83, which costs shall be payable to this court by cashier's check or money order on or before 90 days from the date of this order. It is further ordered that if these costs are not paid in full on or before 90 days from the date of this order, interest at the rate of 10 percent per annum shall accrue as of 90 days from the date of this order and the matter may be referred to the Attorney General for collection. It is further ordered that respondent is liable for all collection costs pursuant to R.C. 131.02 if the debt is certified to the Attorney General for collection. It is further ordered that if costs are not paid in full on or before 90 days from the date of this order, respondent may be held in contempt and suspended until costs and all accrued interest are paid in full.

**{¶ 5}** It is further ordered by the court that within 90 days of the date of this order, respondent shall reimburse any amounts that have been awarded against respondent by the Lawyers' Fund for Client Protection pursuant to Gov.Bar R. VIII(7)(F). It is further ordered by the court that if after the date of this order the Lawyers' Fund for Client Protection awards any amount against respondent pursuant to Gov.Bar R. VIII(7)(F), respondent shall reimburse that amount to the Lawyers' Fund for Client Protection within 90 days of the notice of such award.

**{¶ 6}** It is further ordered that respondent shall keep the clerk and disciplinary counsel advised of any change of address where respondent may receive communications.

**{¶ 7}** It is further ordered that service shall be deemed made on respondent by sending this order, and all other orders in this case, to respondent's last known address.

**{¶ 8}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____